CO-386-online
10/03

# United States District Court
# For the District of Columbia

National Railroad Passenger Corporation )
)
)
)
vs    Plaintiff )    Civil Action No. _____
)
)
Veolia Transportation Services, Inc., and )
Veolia Transportation, Inc., )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __National Railroad Passenger Corporation ("Amtrak")__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Amtrak__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature
Gary A. Orseck

D.C. Bar No. 433788
BAR IDENTIFICATION NO.

Robbins, Russell, Englert, Orseck & Untereiner, LLP
Print Name

1801 K Street N.W., Suite 411
Address

Washington, D.C.    20006
City    State    Zip Code

202-775-4500
Phone Number