AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

National Railroad Passenger Corporation

**SUMMONS IN A CIVIL CASE**

V.

Veolia Transportation Services, Inc., and
Veolia Transportation, Inc.

CASE

Case: 1:07-cv-01263
Assigned To : Walton, Reggie B
Assign Date : 7/16/2007
Description: General Civil

TO: (Name and address of Defendant)

Veolia Transportation Services, Inc.
8757 Georgia Avenue, Suite 1300
Silver Spring, MD 20910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary A. Orseck
ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER, LLP
1801 K Street, N.W., #411-L
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                JUL 16 2007

CLERK                                                  DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

National Railroad Passenger Corporation

vs.

Veolia Transportation Services, Inc., et al.

No. 1:07-CV-01263 RBW

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:00 pm on July 19, 2007, I served Veolia Transportation Services, Inc. c/o The Corporation Trust Incorporated, Resident Agent at 300 East Lombard Street, Baltimore, Maryland 21202 by serving Kelly Stephens, Fulfillment Specialist, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     27
HEIGHT-  5'6"
HAIR-    RED
WEIGHT-  140
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  7/20/07
             Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 191405