A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

National Railroad Passenger
Corporation )
        Plaintiff(s) )  **APPEARANCE**
)
)
        vs. )  CASE NUMBER  1:07-cv-01263
Veolia Transportation Services, Inc. and )
Veolia Transportation, Inc. )
        Defendant(s) )


To the Clerk of this court and all parties of record:


Please enter the appearance of  Thomas F. Cullen, Jr.  as counsel in this
        (Attorney's Name)

case for:  Veolia Transportation Services, Inc. and Veolia Transportation, Inc.
        (Name of party or parties)


August 9, 2007
Date

*(Signature)*
Thomas F. Cullen, Jr.
Print Name

224733
BAR IDENTIFICATION

Jones Day; 51 Louisiana Ave. NW
Address

Washington, D.C.  20001-2113
City  State  Zip Code

(202) 879-3924
Phone Number