**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| National Railroad Passenger Corporation <br><br> Plaintiff, <br><br> v. <br><br> Veolia Transportation Services, Inc. <br> and <br> Veolia Transportation, Inc. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 1:07-cv-01263 |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Veolia Transportation, Inc. and Veolia Transportation Services, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of these Defendants which have any outstanding securities in the hands of the public.

Defendant Veolia Transportation Services, Inc., a Maryland corporation, is a wholly-owned subsidiary of Veolia Transportation, Inc. Defendant Veolia Transportation, Inc., a Delaware corporation, is a wholly-owned subsidiary of Veolia Environment North America Operations, Inc. ("VENAO"), and tracking stock of Veolia Transportation, Inc. in VENAO is held by Veolia Transport, S.A. Both VENAO and Veolia Transport, S.A. are wholly-owned subsidiaries of Veolia Environnement, S.A., which is headquartered in Paris, France and traded publicly on the New York Stock Exchange and Paris exchange.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted this 10th day of September, 2007.

/s/ Thomas F. Cullen, Jr.

Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
Thomas M. Henry
John M. Bradley
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Attorneys for Defendants*
*Veolia Transportation, Inc. and*
*Veolia Transportation Services, Inc.*