AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

National Railroad Passenger Corporation, )
        Plaintiff(s) )
         )
         )
        vs. )
Veolia Transportation Services, Inc. and )
Veolia Transportation, Inc. )
        Defendant(s) )

**APPEARANCE**

CASE NUMBER   1:07-cv-01263

To the Clerk of this court and all parties of record:

Please enter the appearance of __Thomas M. Henry__ as counsel in this
                    (Attorney's Name)

case for: __Veolia Transportation Services, Inc. and Veolia Transportation, Inc.__
                    (Name of party or parties)

September 27, 2007
Date

479001
BAR IDENTIFICATION

_[signature]_
Signature

Thomas M. Henry
Print Name

Jones Day; 51 Louisiana Ave., NW
Address

Washington, DC   20001-2113
City      State      Zip Code

(202) 879-3719
Phone Number