## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

National Railroad Passenger Corporation,

Plaintiff,

v.

Veolia Transportation Services, Inc.

and

Veolia Transportation, Inc.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 07-1263 (RBW)

## NOTICE OF APPEARANCE

The Clerk of Court and all parties of record will please take notice and enter the

appearance of Thomas A. Bednar as counsel in this case for Defendants Veolia Transportation

Services, Inc. and Veolia Transportation, Inc.

Respectfully submitted,

January 31, 2008

Thomas A. Bednar
D.C. Bar No. 493640
JONES DAY
51 Louisiana Avenue NW
Washington, D.C. 20001-2113
(202) 879-3939
tabednar@jonesday.com