UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )   Civil Action No. 07-1263 (RBW) ) |
| VEOLIA TRANSPORTATION SERVICES, INC., ET AL., | ) ) ) |
| Defendants | ) ) ) |

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion to be issued hereafter, it s hereby this 28th day of March, 2008

**ORDERED** that the Defendant's motion to dismiss for failure to state a claim for which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6) is **DENIED**. It is further

**ORDERED** that this order shall not be deemed a final order until the Court has issued its Memorandum Opinion.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge