IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Railroad Passenger Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Veolia Transportation Services, Inc., and<br><br>Veolia Transportation, Inc.,<br><br>Defendants. | Civil Action No. 1:07-cv-01263-RBW |

**SECOND JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Following a conference with the Court on March 18, 2008, the parties agreed to a schedule for the remainder of discovery in this case, which was submitted with a Joint Motion for Entry of Scheduling Order [15] on March 25, 2008. The parties have agreed to extend the deadline described in the footnote to the schedule, allowing an additional two weeks to negotiate the scope of certain document requests or approach the Court as a first step toward resolution. An updated schedule is attached, in the form of a Proposed Order. In accordance with the foregoing and with Rule 16 of the Federal Rules of Civil Procedure, the parties jointly and respectfully request that this Court enter the agreed schedule as an Order.

*Dated: April 15, 2008*

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas M. Henry | /s/ Gary A. Orseck |
| Thomas F. Cullen, Jr. (D.C. Bar No. 224733) | Gary A. Orseck (D.C. Bar No. 433788) |
| Thomas M. Henry (D.C. Bar No. 479001) | ROBBINS, RUSSELL, ENGLERT, |
| JONES DAY | ORSECK, UNTEREINER & SAUBER LLP |
| 51 Louisiana Avenue, N.W. | 1801 K Street, NW, Suite 411-L |
| Washington, D.C. 20001 | Washington, D.C. 20006 |
| (202) 879-3939 | (202) 775-4500 |
| | |
| *Attorneys for Defendants Veolia Transportation, Inc. and Veolia Transportation Services, Inc.* | *Attorney for Plaintiff National Railroad Passenger Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Joint Motion for Entry of Scheduling Order to be served electronically using the Court's Electronic Case Filing System, pursuant to Local Rule 5.4, on this 15th day of April 2008.

/s/ Thomas M. Henry
Thomas M. Henry

Gary A. Orseck, Esq.
Eva A. Temkin, Esq.
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, N.W., Suite 411-L
Washington, DC 20006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Railroad Passenger Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Veolia Transportation Services, Inc., and<br><br>Veolia Transportation, Inc.,<br><br>Defendants. | Civil Action No. 1:07-cv-01263-RBW |

## [SECOND PROPOSED] SCHEDULING ORDER

Following a conference with counsel on March 18, 2007, the Court hereby enters the following Scheduling Order governing future proceedings in the above-captioned action:

| | |
|---|---|
| Deadline for production of documents:[1] | April 4, 2008 |
| Conclusion of fact discovery: | May 30, 2008 |
| Identification of Plaintiff's expert(s) and service of expert report(s): | June 30, 2008 |
| Identification of Defendants' expert(s) and service of expert report(s): | August 18, 2008 |
| Identification of Plaintiff's rebuttal expert(s) and service of expert report(s): | September 29, 2008 |
| Defendants' and Plaintiff's expert(s) available for deposition: | October 13, 2008 – November 13, 2008 |
| Close of expert discovery: | November 28, 2008 |

---

[1] The parties are in the process of negotiating the scope of certain documents requests. The parties shall confer in good faith, resolve any outstanding issues and produce any remaining documents, or else approach the Court as an initial step towards a motion to compel, by no later than April 29, 2008. Additionally, any documents sought in existing document requests that logically cannot be produced by this deadline, (*see, e.g.*, Amtrak Doc. Req. No. 1 (seeking documents referenced in interrogatories that have not yet been propounded)), shall be produced as soon as practicable.

–2–

| Summary judgment motions filed by: | December 24, 2008 |
|---|---|
| Oppositions to summary judgment motions filed by: | January 30, 2009 |
| Replies to summary judgment motions filed by: | March 2, 2009 |
| Pretrial Conference | To be scheduled at the Court's discretion |
| Trial | To be scheduled at the Court's discretion |

Dated: April 15, 2008

Respectfully submitted,


/s/ Thomas M. Henry
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
Thomas M. Henry (D.C. Bar No. 479001)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939

*Attorneys for Defendants Veolia Transportation, Inc. and Veolia Transportation Services, Inc.*

/s/ Gary A. Orseck
Gary A. Orseck (D.C. Bar No. 433788)
ROBBINS, RUSSELL, ENGLERT,
 ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, NW, Suite 411-L
Washington, D.C. 20006
(202) 775-4500

*Attorney for Plaintiff National Railroad Passenger Corporation*


So Ordered:

_____
Hon. Reggie B. Walton, U.S.D.J.