## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **National Railroad Passenger Corporation** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 1:07-cv-01263** |
| **v.** | ) | **(RBW)** |
| | ) | |
| **Veolia Transportation Services, Inc.** | ) | |
| **and** | ) | |
| | ) | |
| **Veolia Transportation, Inc.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>NOTICE OF APPEARANCE</u>

        Defendants Veolia Transportation Services, Inc. and Veolia Transportation, Inc. respectfully request that the Clerk of the Court enter the appearance of The Sperduto Law Firm, PLC by Kim Hoyt Sperduto, 1700 Pennsylvania Avenue, N.W., Fourth Floor, Washington, D.C., 20006, as counsel for Veolia Transportation Services, Inc. and Veolia Transportation, Inc. in the above-captioned matter.

Respectfully Submitted,

THE SPERDUTO LAW FIRM, PLC


/s/ Kim Sperduto
Kim Sperduto (DC Bar No. 416127)
1700 Pennsylvania Ave., N.W.
Fourth Floor
Washington, D.C. 20006
P: 202-408-8900
F: 202-408-8910
Counsel for Defendants
Veolia Transportation Services, Inc.
and Veolia Transportation, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 30th day of April, 2008, I caused a true and

correct copy of the foregoing Notice of Appearance to be served electronically using the Court's

Electronic Case Filing System, pursuant to Local Rule 5.4, on:

> Gary Orseck, Esq.
> Eva Temkin, Esq.
> ROBBINS, RUSSEL, ENGLERT,
> ORSECK, UNTEREINER & SAUBER LLP
> 1801 K St., NW, Suite 411-L
> Washington, D.C. 20006

/s/ T. Stewart Rauch
T. Stewart Rauch
