IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| National Railroad Passenger Corporation )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Veolia Transportation Services, Inc., )<br>  *et al.*, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 1:07-1263<br>(RBW) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6, the law firm of Jones Day, as well as its attorneys Thomas F. Cullen, Jr., Thomas M. Henry, and Thomas A. Bednar, hereby file notice of their withdrawal from this case as counsel of record for Defendants Veolia Transportation Services, Inc. and Veolia Transportation, Inc. ("Defendants"). New counsel for Defendants has already entered an appearance. Consent to this withdrawal has been obtained from Defendants, as noted by the signature of their appointed representative. No trial date has been set in this matter.

_____
Alan B. Moldawer
Executive Vice President and
  General Counsel
Veolia Transportation, Inc.

Respectfully submitted this 1st day of May, 2008.

_____
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
Thomas M. Henry (D.C. Bar No. 479001)
Thomas A. Bednar (D.C. Bar No. 493640)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Notice of Withdrawal to be served electronically using the Court's Electronic Case Filing System, pursuant to Local Rule 5.4, on this 1st day of May 2008.

_____
Thomas M. Henry

Kim Sperduto, Esq.
THE SPERDUTO LAW FIRM, PLC
1700 Pennsylvania Ave., NW
Fourth Floor
Washington, D.C.  20006

Gary A. Orseck, Esq.
Eva A. Temkin, Esq.
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, N.W., Suite 411-L
Washington, DC  20006