IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **National Railroad Passenger Corporation**<br><br>**Plaintiff,**<br><br>v.<br><br>**Veolia Transportation Services, Inc.**<br>**and**<br>**Veolia Transportation, Inc.**<br><br>**Defendants.** | **CIVIL ACTION NO. 1:07-cv-01263 (RBW)** |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Defendants Veolia Transportation Services, Inc. and Veolia Transportation, Inc. respectfully request that the Clerk of the Court take notice of the new address of counsel as follows:

THE SPERDUTO LAW FIRM, PLC
1133 Twentieth Street, N.W.
Second Floor
Washington, D.C., 20036

The firm's phone number, fax number, and e-mail addresses will remain unchanged.

Respectfully submitted:

Dated: Washington, D.C.
June 4, 2008

/s/ Kim Sperduto
Kim Sperduto
(D.C. Bar. No. 416127)
T. Stewart Rauch[1]
(D.C. Bar No. 494987)

THE SPERDUTO LAW FIRM, PLC

---

[1] Admission to the bar of this Court is pending.

        1133 Twentieth Street, NW
        Second Floor
        Washington, D.C. 20036
        Phone: (202) 408-8900
        Fax: (202) 408-8910

*Attorney for Defendants Veolia Transportation Services, Inc., and Veolia Transportation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2008, I caused a true and correct copy of the foregoing Defendants Veolia Transportation Services, Inc. And Veolia Transportation, Inc.'s Notice of Change of Address of Counsel to be served electronically on the following:

> Gary Orseck, Esq.
> Eva Temkin, Esq.
> ROBBINS, RUSSEL, ENGLERT,
> ORSECK, UNTEREINER & SAUBER LLP
> 1801 K St., NW, Suite 411-L
> Washington, D.C. 20006

      /s/ T. Stewart Rauch
      T. Stewart Rauch