IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL RAILROAD PASSENGER CORPORATION** | )<br>)<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 1:07-cv-01263<br>) (RBW) |
| v. | )<br>) |
| **VEOLIA TRANSPORTATION SERVICES, INC.** | )<br>)<br>) |
| and | ) |
| **VEOLIA TRANSPORTATION, INC.** | )<br>) |
| Defendants. | )<br>) |

## NOTICE OF EXPERT IDENTIFICATION

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, this Court's Minute Order dated June 11, 2008, and the Court's oral Order on June 30, 2008, Defendants Veolia Transportation Services, Inc. and Veolia Transportation, Inc. (collectively, "Veolia") respectfully submit that Veolia currently intends to call the following individuals who may provide expert testimony pursuant to the Federal Rules of Evidence at the trial of this matter:

(1) Patrick A. McGeehin, Senior Managing Director, FTI Rubino & McGeehin Consulting, 6903 Rockledge Drive, Suite 1200, Bethesda, MD 20817, may provide expert testimony at trial with regard to, among other things, procurement practices and policies including the evaluation and scoring system used by SFRTA pertaining to the bids submitted by Amtrak and Veolia; Veolia's lower bid was based on realistic costs verified during contract performance and inclusive of reasonable profits; how, using the specific SFRTA scoring results, Amtrak showed an inability to close the scoring gap vis a vis Veolia created by Amtrak's prohibitively high costs; the relevance of published government findings on Amtrak's cost control system to the conditions giving rise to Amtrak's bid being more than 160 % of the awardee's; the infirmities in the Miller and Yannuzzi reports; the relevance of published findings on Amtrak's cost control system to the validity of its damage claims prepared by Ms. Miller and Mr.

Yannuzzi; the custom and practice or common use of contingent offers and key personnel certifications for at-will employees from other entities in federal, regional, and local procurements; and how lawsuits against at-will employees or their privies has an anti-competitive effect on public procurement.

(2) Ronald J. Hartman, Veolia Executive Vice President for Rail, 8601 Georgia Avenue, Suite 703, Silver Spring, Maryland 20910, may provide expert testimony at trial with regard to, among other things, the railroad industry, including but not limited to its structure, economics, and competition or lack of competition; the job descriptions and experience of the three persons claimed by Amtrak to have breached duties of loyalty and how these jobs constitute regular, non-executive, skilled labor; custom and practice in the rail industry does not include employment agreements or covenants not to compete in such positions; based on his executive, business development experience at Amtrak, and more recently Veolia, why Amtrak is at a deep disadvantage to generate competitive proposals in certain areas and types of commuter rail services; why Amtrak had serious structural disadvantages vis a vis Veolia in being able to submit a competitive bid for SFRTA in particular and lacked realistic expectancies of success; the ways in which Veolia can perform more cheaply and efficiently than Amtrak as specifically evidenced in the two competing proposals; and how Amtrak attempts to hire Veolia's "agreement" and "non-agreement" employees and how Amtrak publicly advertises bounty-rewards to Amtrak employees who refer Veolia, CSX and other company personnel to Amtrak for employment.

(3) Lonnie E. Blaydes, Blaydes Consulting, 8122 San Benito Way, Dallas, Texas 75281, may provide expert testimony at trial on, among other things, commuter rail agencies and the particular set of problems they face in providing safe, efficient, and cost-effective public transport in America's growing urban centers; his experience in commuter rail agencies and such agencies' view of costs as an element of "most advantageous" proposals; evaluation of qualified and experienced personnel as part of a responsive and responsible bid; cost realism, including how this and other structural factors bear on Amtrak proposals for competitive commuter rail solicitations; and his experience as an executive or consultant for purchasers of commuter rail services on behalf of regional or local transportation agencies, including specific reviews of Amtrak's cost submittals; and the potential for material impact to the competitive procurement rail market in prohibiting employers from soliciting the at-will employees of competitors.

In compliance with Judge Walton's June 30, 2008 Order extending Veolia's time to provide expert reports, Veolia will provide all expert reports on or before September 8, 2008.

As provided by the Scheduling Order, these witnesses will be available for deposition between October 13, 2008 and November 13, 2008.

Respectfully submitted,

Dated: Washington, D.C.  /s/ Kim Sperduto
      August 18, 2008  Kim Sperduto
                                                (D.C. Bar. No. 416127)
                                                T. Stewart Rauch
                                                (D.C. Bar No. 494987)

                                                THE SPERDUTO LAW FIRM, PLC
                                                1133 Twentieth Street, NW
                                                Second Floor
                                                Washington, D.C.  20036
                                                Phone: (202) 408-8900
                                                Fax:  (202) 408-8910

                                                *Attorney for Defendants Veolia Transportation Services, Inc., and Veolia Transportation, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2008, I caused a true and correct copy of the foregoing Defendants Veolia Transportation Services, Inc. And Veolia Transportation, Inc.'s Notice of Expert Identification to be served electronically using the Court's Electronic Case Filing System, pursuant to Local Rule 5.4, and U.S. Mail, postage prepaid, on the following:

> Gary Orseck, Esq.
> Eva Temkin, Esq.
> ROBBINS, RUSSEL, ENGLERT,
> ORSECK, UNTEREINER & SAUBER LLP
> 1801 K St., NW, Suite 411-L
> Washington, D.C. 20006

/s/ T. Stewart Rauch
T. Stewart Rauch